IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION

TERENCE BRUCE RICHARDS
    PLAINTIFF

VS

UNITED STATES OF AMERICA
FEDERAL DEFENDER PROGRAM
PAUL FLYNN
    DEFENDANTS

07CV1528
JUDGE GETTLEMAN
MAGISTRATE JUDGE KEYS

RECEIVED
MAR 19 2007
03-19-07
MICHAEL W. DOBBINS
RK, U.S. DISTRICT COURT

FILED
JANUARY 27, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT

NOW COMES, TERENCE BRUCE RICHARDS BY AND THROUGH HIS OWN REPRESENTATION HEREBY STATES AS FOLLOWS:

### JURISDICTION

1.) THE COURT HAS JURISDICTION PURSUANT TO 28 U.S.C.

2.) VENUE IS PROPER PURSUANT TO 28 U.S.C.

### PARTIES

3.) PLAINTIFF, TERENCE BRUCE RICHARDS REPEATS AND REALLEGES STATEMENTS 1 THROUGH 2 AS FULLY STATED HEREWITHIN.

4.) PAUL FLYNN IS A PUBLIC DEFENDER EMPLOYED BY THE FEDERAL DEFENDER PROGRAM.

### COUNT I
### BIVENS CLAIM

5.) PLAINTIFF, TERENCE BRUCE RICHARDS REPEATS AND REALLEGES STATEMENTS 1 THROUGH 4 AS FULLY STATED HEREWITHIN.

6.) PURSUANT TO THE 6TH AMENDMENT OF THE UNITED STATES'S CONSTITUTION, PLAINTIFF RICHARDS HAS A RIGHT TO EFFECTIVE COUNSEL.

7.) DEFENDANT PAUL FLYNN FAILED TO PROVIDE REASONABLE COUNSEL AS GUARANTEED BY THE 6TH AMENDMENT OF THE UNITED STATES CONSTITUTION BY FAILING TO INVESTIGATE THE TRUTH, AND BEING PREJUDICIAL AGAINST THE PLAINTIFF BY IMPUTING THAT THE PLAINTIFF RICHARDS WAS INTIMIDATING THE VICTIMS FOR THE OBJECTIVITY TO 'ABUSE THE PROCESS' TO CONTINUE HIS RELATIONSHIP WITH SOMEONE WHO STOLE OVER $100,000.00 DOLLARS FROM THE PLAINTIFF.

## COUNT II
### BIVEN'S CLAIM

8.) Plaintiff, Terence Bruce Richards, repeats and realleges statements 1 through 7 as fully stated herewithin.

9.) Pursuant to the 5th Amendment of the United States Constitution, Plaintiff Richards has a right not to be deprived of his life, liberty, or property without due process of the law.

10.) Defendant Paul Flynn, deprived the plaintiff, Terence Bruce Richards of his liberty without due process of the law, by having him confined at Metropolitan Correctional Center, and Oxford Federal Penitentiary.

## COUNT III
### WILLFUL AND WANTON MISCONDUCT

11.) Plaintiff, Terence Bruce Richards, repeats and realleges statements 1 through 10 as fully stated herewithin.

12.) During the time period of February 26th, 2006 through March 27th, 2006 the plaintiff Terence Bruce Richards sent a series of 62 e-mails to a private bankruptcy trustee and county prosecutor in violation of Title 18 Section 875 threatening communications out of latent displaced anger at himself motivated (a need stimulated enough to move someone to seek satisfaction) by the need for food, clothing and shelter and not motivated by the county prosecutors status or his duties.

13.) On or about, April 4th, 2006, the plaintiff Terence Bruce Richards is arrested

14.) On or about, May 2nd, 2006, the plaintiff Terence Bruce Richards is indicted on the charge of threatening communication.

15.) On or about November 15th, 2006, the plaintiff, Terence Bruce Richards pleads guilty to the charge of threatening communication, the plea agreement did not include the enhancement for 3A1.2 for public official or employee

16.) On or about, February 1st, 2007, the plaintiff Terence Bruce Richards receives his presentencing report, which include the enhancement for 3A1.2 for public official or employee, and that the plaintiff's actions were the result of such status or duties of the public official or employee.

17.) On or about, February 16th, 2007, the plaintiff's public defender files a positioning paper that was conscitious false and misleading by imputing that the plaintiff, Terence Bruce Richards was intimidating the victims to cause the process' to continue his relationship with someone who stole over $100,000.00 dollars from him.

18.) As or about, February 16th, 2007, the public defender Paul Flynn provides the defendant a positioning paper minutes before Judge Philip G. Reinhard enters the courtroom, and the plaintiff Richards has no actual knowledge of the contents of the report, otherwise he would never of consented

19.) During the sentencing hearing proceedings, the public defender Paul Flynn acting through his employment and agency made a fraudulent misrepresentation of the plaintiff, Terence Bruce Richards by imputing that the plaintiff was intimidating the victims to 'abuse the process' to continue his relationship with someone who stole $100,000.00 dollars from the plaintiff, then the public defender placed the plaintiff in apprehension of 'bodily harm' by attempting to swing at him during the proceedings, the defendant had no reasonable alternatives, except to make a disruption in court.

20.) The public defender, Paul Flynn, acting through his employment and agency is guilty of the following acts or ommissions

(A) willfully failed to investigate the truth

(B) wantonly acted in reckless disregard for the truth, by treating the hearsay evidence as material fact and not as suspicion.

(C) acted without the plaintiff's consent

(D) acted against the plaintiff's will

COUNT IV
FRAUDULENT MISREPRESENTATION

21.) Plaintiff, Terence Bruce Richards repeats and realleges statements 1 through 20 as fully stated here within.

22.) The defendant, Paul Flynn made said statements for the purpose of defaming the plaintiff, Terence Bruce Richards, with the intent to falsely imprison the plaintiff (deprive him of his liberty)

23.) The plaintiff, Terence Bruce Richards was confined (above the appropriate sentencing guideline) at Metropolitian Correctional Center

24.) The plaintiff, Terence Bruce Richards suffered a pecuniary loss of $1,700 dollars a month from loss of social security disability income.

## COUNT V
## DEFAMATION

25.) PLAINTIFF, TERENCE BRUCE RICHARDS REPEATS AND REALLEGES STATEMENTS 1 THROUGH 24 AS FULLY STATED HEREWITHIN.

26.) THE SAID STATEMENTS WERE FALSE AND DEFAMATORY PER SE.

27.) THE DEFENDANT MADE SAID STATEMENTS WITH THE INTENT TO DAMAGE THE PLAINTIFF'S NAME AND REPUTATION.

28.) AS A RESULT OF DEFENDANTS UNLAWFUL ACTIONS, THE PLAINTIFF TERENCE BRUCE RICHARDS WAS DAMAGED IN HIS NAME AND REPUTATION.

29.) THE PLAINTIFF SUFFERED DAMAGES TO HIS NAME AND REPUTATION.

## COUNT VI
## FALSE IMPRISONMENT

30.) PLAINTIFF, TERENCE BRUCE RICHARDS REPEATS AND REALLEGES STATEMENTS 1 THROUGH 29 AS FULLY STATED HEREWITHIN.

31.) THE DEFENDANT, PAUL FLYNN, ACTING THROUGH HIS AGENCY AND EMPLOYMENT, FEDERAL DEFENDER PROGRAM FALSELY IMPRISONED THE PLAINTIFF TERENCE BRUCE RICHARDS AT METROPOLITAN CORRECTIONAL CENTER AGAINST HIS WILL AND CONTRARY TO FEDERAL AND ILLINOIS LAW, THE PLAINTIFF, TERENCE BRUCE RICHARDS WAS FALSELY IMPRISONED AT METROPOLITAN CORRECTIONAL CENTER (ABOVE THE SENTENCING GUIDELINE OF 10 TO 16 MONTHS) FOR A TIME PERIOD EXCEEDING THE FEDERAL SENTENCING GUIDELINES

*Terence B. Richards*